**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| ARRON MICHAEL LEWIS, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 5:14CV00457-SWW-JJV |
| STANLEY ROBINSON, Captain, Tucker | * |
| Maximum Security Unit; *et al.* | * |
| | * |
| Defendants. | * |

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the relevant record, see 28 U.S.C. § 636(b)(1), the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims against Defendants Maurice Williams and Justine Minor are DISMISSED without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 14th day of January 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE