**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ARRON MICHAEL LEWIS,         *

                               *

            Plaintiff,     *

v.                           *

                               *     No. 5:14CV00457-SWW-JJV

STANLEY ROBINSON, Captain, Tucker  *

Maximum Security Unit; *et al.*     *

                               *

           Defendants.    *

## <u>ORDER</u>

Pursuant to the notice of voluntary dismissal [doc.#27] filed by plaintiff Arron Michael Lewis, this action is hereby dismissed without prejudice.  All pending motions and Recommended Dispositions are denied as moot.

IT IS SO ORDERED  this 10th day of February 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE